# IN THE SUPREME COURT OF THE STATE OF NEVADA

WASTE MANAGEMENT OF NEVADA;
AND KAREN GONZALEZ,

Appellants,

vs.

WEST TAYLOR STREET, LLC, A
LIMITED LIABILITY COMPANY,

Respondent.

No. 69307

**FILED**

MAR 0 1 2016



## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1]  The parties shall bear their own costs and attorney fees.  NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Connie J. Steinheimer, District Judge
       Robert L. Eisenberg, Settlement Judge
       Robison Belaustegui Sharp & Low
       C. Nicholas Pereos, Ltd.
       Washoe District Court Clerk

---

[1]Given this order, we take no action on appellants' response to our January 26, 2016, order to show cause.

16-06626